IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JACOBUS RENTMEESTER**,

        Plaintiff,

   v.

**NIKE, INC.,** an Oregon corporation,

        Defendant.

No. 3:15-cv-00113-MO

JUDGMENT

**MOSMAN, J.**,

    Based upon my Opinion and Order,

    IT IS ORDERED AND ADJUDGED that Defendant Nike, Inc.'s Motion to Dismiss is GRANTED. Mr. Rentmeester's claims are dismissed with prejudice. All pending motions are denied as moot.

    DATED this __17th__ day of June, 2015.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge