Cody Hoesly (OSB No. 052860)
choesly@larkinsvacura.com
LARKINS VACURA LLP
121 SW Morrison Street, Suite 700
Portland, Oregon  97204
Telephone:  (503) 222-4424
Facsimile:  (503) 827-7600

Eric B. Fastiff (admitted *Pro Hac Vice*)
efastiff@lchb.com
Dean M. Harvey (admitted *Pro Hac Vice*)
dharvey@lchb.com
Katherine C. Lubin (admitted *Pro Hac Vice*)
klubin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff Jacobus Rentmeester*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| **JACOBUS RENTMEESTER**, | Case No. 3:15-cv-00113-MO |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| **NIKE, INC.**, an Oregon corporation, | |
| Defendant. | |

1262314.1

Notice is hereby given that plaintiff Jacobus Rentmeester hereby appeals in the above-captioned case to the United States Court of Appeals for the Ninth Circuit, from: the Judgment entered in this action on June 17, 2015 (Dkt. 51); the order granting defendant Nike, Inc.'s motion to dismiss with prejudice entered on June 15, 2015 (Dkt. 50); and any preceding, related, or underlying orders, rulings, findings, and conclusions.

Respectfully submitted,

Dated:   June 19, 2015       By:   _____/s/ Dean M. Harvey_____
                                         Dean M. Harvey

Eric B. Fastiff (admitted *Pro Hac Vice*)
Dean M. Harvey (admitted *Pro Hac Vice*)
Katherine C. Lubin (admitted *Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Cody Hoesly (OSB No. 052860)
LARKINS VACURA LLP
121 SW Morrison Street, Suite 700
Portland, Oregon  97204
Telephone:  (503) 222-4424
Facsimile:  (503) 827-7600

*Attorneys for Plaintiff Jacobus Rentmeester*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 19, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the e-mail addresses registered.

Dated: June 19, 2015    By:   */s/ Dean M. Harvey*
                Dean M. Harvey

                Eric B. Fastiff (admitted *Pro Hac Vice*)
                Dean M. Harvey (admitted *Pro Hac Vice*)
                Katherine C. Lubin (admitted *Pro Hac Vice*)
                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                275 Battery Street, 29th Floor
                San Francisco, California  94111-3339
                Telephone:  (415) 956-1000
                Facsimile:  (415) 956-1008

                Cody Hoesly (OSB No. 052860)
                LARKINS VACURA LLP
                121 SW Morrison Street, Suite 700
                Portland, Oregon  97204
                Telephone:  (503) 222-4424
                Facsimile:  (503) 827-7600

                *Attorneys for Plaintiff Jacobus Rentmeester*