FILED

FEB 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACOBUS RENTMEESTER,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>NIKE, INC., an Oregon corporation,<br><br>        Defendant-Appellee. | No. 15-35509<br><br>D.C. No. 3:15-cv-00113-MO<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: BERZON, WATFORD, and OWENS, Circuit Judges.

    Appellant's motions to take judicial notice (Dkt. Nos. 6, 32) are DENIED.